# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

| | |
|---|---|
| HATTIE M. AUTHER, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:18-cv-23-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| MILDRED GREEN, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:18-cv-24-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| AUDREY HOUSE TURNER, ET AL. | PLAINTIFFS |
| versus | Civil Action No. 4:18-cv-25-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

*- and -*

| | |
|---|---|
| PORTIA BOOKER | PLAINTIFF |
| versus | Civil Action No. 4:18-cv-153-DMB-JMV |
| MERITOR, INC., ET AL. | DEFENDANTS |

## ORDER AMENDING CMO

The Court, having considered the current status of these cases, finds the Case Management Order deadlines should be and are hereby amended as follows:

1) Remaining Plaintiffs' depositions and remaining fact witness depositions shall be completed by 7/30/19.
2) Dispositive and *Daubert* motions must be filed by 9/16/19.

All other deadlines remain unchanged.

SO ORDERED this 14th day of March, 2019.

/s/ Jane M. Virden
U. S. Magistrate Judge