# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

| | |
|---|---|
| HATTIE M. AUTHER, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:18-cv-23-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

*- and -*

| | |
|---|---|
| MILDRED GREEN, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:18-cv-24-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

*- and -*

| | |
|---|---|
| AUDREY HOUSE TURNER, ET AL. | **PLAINTIFFS** |
| versus | Civil Action No. 4:18-cv-25-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

*- and -*

| | |
|---|---|
| PORTIA BOOKER | **PLAINTIFF** |
| versus | Civil Action No. 4:18-cv-153-DMB-JMV |
| MERITOR, INC., ET AL. | **DEFENDANTS** |

## **AMENDED ORDER**

This matter is before the court following a telephonic status conference at which the court ordered and hereby memorializes the following directive to plaintiffs' counsel: Provide a complete and accurate descriptive accounting of the settlement status of each and every Plaintiff's claim (property damage and/or personal injury, including wrongful death) no later than 5:00 PM Friday June 7, 2019. This should include a description of the status of any claim subject to third-party approval, anticipated impediments thereto and anticipated resolution date (s), if any.

SO ORDERED this 31st day of May, 2019.

/s/ Jane M. Virden
U. S. Magistrate Judge