**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| AUTHER, et al. | PLAINTIFFS |
| versus | Civil Action No. 4:18-cv-23-DMB-JMV |
| MERITOR, INC., et al. | DEFENDANTS |
| | |
| GREEN, et al. | PLAINTIFFS |
| versus | Civil Action No. 4:18-cv-24-DMB-JMV |
| MERITOR, INC., et al. | DEFENDANTS |
| | |
| TURNER, et al. | PLAINTIFFS |
| versus | Civil Action No. 4:18-cv-25-DMB-JMV |
| MERITOR, INC., et al. | DEFENDANTS |

### ORDER

On October 14, 2020, the Court held a telephonic status conference with counsel for Plaintiffs and counsel for defendants Meritor, Inc.; Rockwell Automation, Inc.; and The Boeing Company (collectively, the "Meritor Defendants").

Having heard from counsel for the Plaintiffs and counsel for the Meritor Defendants, having reviewed the pleadings and procedural history of the litigation, being advised that no counsel for the parties objects to proceeding with mediation, and to conserve the Court's and parties' resources and time, the Court is of the opinion that an Order directing mediation may provide the opportunity for a mutually beneficial compromise. Therefore, the Court orders as follows:

1.     ORDERED THAT each plaintiff and the Meritor Defendants shall attend a mediation at an agreed upon date, time, and location in Grenada, Mississippi;

2.     ORDERED THAT counsel for the Meritor Defendants shall submit a written report within three business days after the final mediation session (currently scheduled for December 1, 2020) about the results of mediation;

3.     ORDERED THAT counsel for the parties, only after consulting with the CDC, the Mississippi Department of Health ("MDH") and local health authorities for up-to-date guidance and requirements, are directed to implement and reasonably enforce measures to ensure to the extent possible all participants are safe from potential unnecessary exposure to the COVID-19 virus during all proceedings.  The parties should also implement videoconferencing and/or teleconferencing for participation where in-person participation poses an unnecessary COVID risk for any party due to health issues as may be indicated by MDH; and

4.     ORDERED THAT all deadlines pending pursuant to the current Case Management Order are suspended and held in abeyance until the Court convenes a status conference following receipt of the mediation report referenced in paragraph 2.  If any claims remain, the Court shall enter a new Case Management Order resetting applicable deadlines.

ORDERED AND ADJUDGED, this 16th day of October, 2020.


/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

PREPARED BY AND AGREED TO:

*/s/ Phillip S. Sykes*
Counsel for the Meritor Defendants

AGREED:

*/s/ Marquette W. Wolf*
Counsel for the Plaintiffs